CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 28 2015

JULIA C. DUDLEY, CLERK
BY: /s/ _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

| | |
|---|---|
| United States of America | Case No.: 5:07CR00063-018 |
| v. | USM No: 11398-265 |
| JOSE LUIS JAIME PEREZ | Christine M. Lee |
| Date of Previous Judgment: February 10, 2012 | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  [✓] **DENIED.**    [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ |
| Criminal History Category: _____ | Criminal History Category: _____ |
| Previous Guideline Range: ___ to ___ months | Amended Guideline Range: ___ to ___ months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other *(explain)*:

### III. ADDITIONAL COMMENTS

  See attached memorandum opinion.

Except as provided above, all provisions of the judgment dated  February 10, 2012  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  SEPTEMBER 28, 2015      /s/ Glen Conrad
                        *Judge's signature*

Effective Date: _____    Hon. Glen E. Conrad, Chief U.S. District Judge
 *(if different from order date)*            *Printed name and title*